# United States District Court
## Middle District of Louisiana



| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ROBERT WAYNE DELLINGER<br>(Defendant's Name) | JUDGMENT IN A CRIMINAL CASE<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br><br>Criminal Number:   3:09CR000124-001<br><br>Richard M. Upton, Esq.<br>Defendant's Attorney |

**THE DEFENDANT:**
[✔]  admitted guilt to violation of condition(s) <u>1 -4, 6</u> of the term of supervision.
[ ]  was found in violation of condition(s) ___ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through <u>5</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

12/9/09
Date of Imposition of Sentence

_Signature of Judicial Officer_

RALPH E. TYSON, CHIEF JUDGE
Middle District of Louisiana
Name & Title of Judicial Officer

by James J. Brady
1-4-2010
Date

USA Certified

| CASE NUMBER: | 3:09CR000124-001 | | Judgment - Page 2 of 5 |
| DEFENDANT: | ROBERT WAYNE DELLINGER | | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | On 2/8/09, the defendant was driving an automobile and involved in an auto accident outside of the Middle District of Louisiana, in St. James Parish, State of Louisiana, where responding officers subsequently arrested the defendant on charges of possession of cocaine, hit and run and driver without a license. | 2/8/09 |
| 2 | On 2/8/09, the defendant was arrested by the St. James Parish Sheriff's Office on charges of possession of schedule II CDS (1.6 grams of "crack" cocaine), hit and run and driver without a license, State of Louisiana, St. James Parish, Case #09-F-005606. | 2/8/09 |
| 3 | The defendant repeatedly failed to daily call the code-a phone urine screen phone system and to give required random urine screens on the following dates: 1/5/09, 1/6/09, 4/30/09, 5/19/09, 5/27/09, 6/10/09, 6/18/09, 6/22/09, 6/23/09, 7/6/09, 7/15/09, 7/20/09, 7/27/09, 8/6/09, 8/10/09, 8/18/09, 8/27/09, 9/3/09, 9/8/09, 9/15/09, 9/22/09, 10/12/09, 10/13/09, 10/27/09, 10/29/09, and 11/4/09. | 11/4/09 |
| 4 | On 10/19/08, the defendant was issued a citation for speeding and no driver's license. On 12/15/08, the defendant pled guilty to speeding 93 miles per hour in a 65 miles per hour zone, 18th JDC, Parish of Louisiana, State of Louisiana, traffic ticket #65804. The defendant paid ordered fees of $376.00. | 10/19/08 |
| 6 | On 3/2/09, the defendant moved out of his residence without notifying his probation officer. Iberville Parish Sheriff's Officers verified the defendant was staying at the Best Western Hotel on Highway 1, in Plaquemine, Louisiana. This is a violation of the defendant's conditions of supervision and also a violation of federal and state sex offender registration laws. | 3/2/09 |

| | | |
|---|---|---|
| AO 245B | (Rev. 03/01) Judgment in a Criminal Case<br>Sheet 2 - Imprisonment | |
| CASE NUMBER: | 3:09CR000124-001 | Judgment - Page 3 of 5 |
| DEFENDANT: | ROBERT WAYNE DELLINGER | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months.

[ ] The court makes the following recommendations to the Bureau of Prisons:

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

AO 245B  (Rev. 3/01) Judgment in a Criminal Case
    Sheet 6 - Criminal Monetary Penalties

| | | |
|---|---|---|
| CASE NUMBER: | 3:09CR000124-001 | Judgment - Page 4 of 5 |
| DEFENDANT: | ROBERT WAYNE DELLINGER | |

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the Schedule of Payments set forth on Sheet 5, Part B.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ | $ | $ |

[ ]   The determination of restitution is deferred until_. An *Amended Judgment in a Criminal Case* (AO245C) will be entered after such determination.

[ ]   The defendant shall make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order of percentage payment column below.  However, pursuant to 18 U.S.C.§3664(i), all non-federal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | **Total Amount of Loss | Amount of Restitution Ordered | Priority Order or % of Pymnt |
|---|---|---|---|
| | TOTALS: | $ ____ | $ ____ |

[ ]   If applicable, restitution amount ordered pursuant to plea agreement ........$____

# FINE

The above fine includes costs of incarceration and/or supervision in the amount of $_.

[ ]   The determination of restitution is deferred in a case brought under Chapters 109A, 100, 110A and 113A of Title 18 for offenses committed on or after 09/13/1994, until up to 60 days. An amended Judgment in a Criminal Case will be entered after such determination.

[ ]   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    [ ]   The interest requirement for the fine is waived.

    [ ]   The interest requirement for the fine is modified as follows:

# RESTITUTION

[ ]   The court modifies or waives interest on restitution as follows:

---

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B  (Rev. 3/01) Judgment in a Criminal Case
    Sheet 6 - Criminal Monetary Penalties

CASE NUMBER:    3:09CR000124-001                                        Judgment - Page 5 of 5
DEFENDANT:      ROBERT WAYNE DELLINGER

# SCHEDULE OF PAYMENTS

Having accessed the defendant's ability to pay, payment of the total fine and other criminal monetary penalties are due as follows:

A   [ ]   Lump sum of $_ due immediately, balance due

           [] not later than _, or
           [] in accordance     [] C, [] D, [] E, or [] F below; or

B   [ ]   Payment to begin immediately (may be combined with [] C, [] D, or [] F below); or

C   [ ]   Payment in equal_ (e.g. equal, weekly, monthly, quarterly) installments of $_ over a period of _ (e.g., months or years) to commence _ (e.g., 30 or 60 days) after the date of this judgment; or

D   [ ]   Payment in equal_ (e.g. equal, weekly, monthly, quarterly) installments of $_ over a period of _ (e.g., months or years) to commence_ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E   []   Payment during the term of supervised release will commence within_(e.g., 30 or 60 days) after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   [ ]   Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during imprisonment. All criminal monetary payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

   [ ]   Joint and Several

| Case Number (Including defendant number) | Defendant Name | Joint and Several Amount |
|---|---|---|
| | | |

   [ ]   The defendant shall pay the cost of prosecution.

   []   The defendant shall pay the following court costs:


   [ ]   The defendant shall forfeit the defendant's interest in the following property to the United States:


Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.